Law Offices
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
602-631-4400
602-631-4404
vorze@hinshawlaw.com
hmacre@hinshawlaw.com

Victoria L. Orze (011413)
Heather A. Macre (026625)
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Caroline Karrol, an individual, | ) | No. 4:09-CV-00469-RCC |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| Bay Area Credit Service, LLC, a California limited liability company, | ) | |
| Defendant. | ) | |

Defendant Bay Area Credit Service, LLC, hereby gives notice this matter has been settled between Plaintiff Caroline Karrol and Defendant Bay Area Credit Service, LLC.

DATED this 1st day of October, 2009.

HINSHAW & CULBERTSON LLP

/s/ Victoria L. Orze
Victoria L. Orze
Heather A. Macre

. . .

. . .

23032513v1  904676  64743

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of October, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Marshall Meyers, Esq.
Weisberg & Meyers, LLC
mmeyers@attorneysforconsumers.com
5025 North Central, Suite 602
Phoenix, Arizona  85012
Attorneys for Plaintiff

By   /s/ Anne Lockwood

23032513v1  904676  64743