**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Caroline Karrol, | ) | Case No. 4:09-CV-00469-RCC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bay Area Credit Service, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 29th day of October, 2009.

                                  By:<u>s/Marshall Meyers</u>
                                  **Marshall Meyers**
                                  **WEISBERG & MEYERS, LLC**
                                  **5025 North Central Ave., #602**
                                  **Phoenix, AZ 85012**
                                  **602 445 9819**
                                  **866 565 1327 facsimile**
                                  **mmeyers@AttorneysForConsumers.com**
                                  **Attorney for Plaintiff**

1  Filed electronically on this 29th day of October, 2009, with:

2  United States District Court CM/ECF system

3

4

5

6  By: s/Tremain Davis
        Tremain Davis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28